[No. 36605-0-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON L. RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-01017-7, Steven J. Mura, J., entered May 11, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 36690-4-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HORTENCIA MORGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00488-8, William L. Downing, J., entered May 26, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 36691-2-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYCE DANIEL HENDRIX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06531-5, Patricia H. Aitken, J., entered May 26, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.

[No. 36858-3-I.    Division One.    May 27, 1997.]

GORDON OVERBY, ET AL., *Appellants*, v. CAMPBELL MOTEL PROPERTIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00892-3, Michael F. Moynihan, J., entered May 26, 1995. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.